UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MICHAEL J. CARLSON, SR., Individually and as        CONSENT TO
Administrator of the Estate of CLAUDIA D'AGOSTINO     REMOVAL
CARLSON and as Assignee of WILLIAM PORTER,

                                Plaintiff,

vs.                                             Civil No.:
                                            1:11-cv-00874-RJA

AMERICAN INTERNATIONAL GROUP, INC.
AIG DOMESTIC CLAIMS, INC.
AMERICAN ALTERNATIVE INSURANCE CO.
NATIONAL UNION FIRE INSURANCE COMPANY OF
   PITTSBURGH, PA
DHL EXPRESS (USA), INC. f/k/a DHL WORLDWIDE
   EXPRESS, INC.,

                            Defendants.
_____

       Defendants, American International Group, Inc., Chartis Claims, Inc. (f/k/a AIG

Domestic Claims, Inc.) and National Union Fire Insurance Company of Pittsburgh, PA, notify the

Court and parties of their consent to the Notice of Removal filed by defendant, American

Alternative Insurance Co.

Dated:       Buffalo, New York
           November 7, 2011

                                    **DAMON MOREY LLP**
                                    By:   */s/ Thomas J. Drury*
                                    Thomas J. Drury, Esq.
                                    *Attorneys Defendants,*
                                    *American International Group, Inc.,*
                                    *AIG Domestic Claims, Inc. and*
                                    *National Union Fire Insurance Company of*
                                      *Pittsburgh, PA,*
                                    The Avant Building; Ste. 1200
                                    200 Delaware Avenue
                                    Buffalo, New York  14202
                                    Telephone:  (716) 856-5500
                                    E-Mail:  tdrury@damonmorey.com

PDF created with pdfFactory trial version www.pdffactory.com

TO:    Brown Chiari LLP
       *Attorneys for Plaintiff*
       5775 Broadway
       Lancaster, NY  14086-2360

       Rubin Fiorella & Friedman LLP
       *Attorneys for Co-Defendant,*
       *American Alternative Insurance Company,*
       292 Madison Ave 11th Fl
       New York, NY 10017

       Brown & Tarantino, LLC
       *serving as local counsel for co-defendant,*
       *American Alternative Insurance Company,*
       1500 Rand Building
       14 Lafayette Square
       Buffalo, NY  14203

       Wilson, Elser, Moskowitz, Edelman
        & Dicker, LLP
       *Attorneys for Co-defendant,*
       *DHL Express (USA) Inc.,*
        *f/k/a DHL Worldwide Express, Inc.*,
       150 East 42nd Street
       New York, New York  10017

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MICHAEL J. CARLSON, SR., Individually and as       CERTIFICATE
Administrator of the Estate of CLAUDIA D'AGOSTINO   OF SERVICE
CARLSON and as Assignee of WILLIAM PORTER,      & FILING

                                                 Plaintiff,

vs.

                                          Civil No.:
                                          1:11-cv-00874-RJA

AMERICAN INTERNATIONAL GROUP, INC.
AIG DOMESTIC CLAIMS, INC.
AMERICAN ALTERNATIVE INSURANCE CO.
NATIONAL UNION FIRE INSURANCE COMPANY OF
  PITTSBURGH, PA
DHL EXPRESS (USA), INC. f/k/a DHL WORLDWIDE
  EXPRESS, INC.,

                                      Defendants.
_____

      THOMAS J. DRURY, ESQ., certifies and affirms that on the 7th day of November, 2011,

the foregoing Consent to Removal was filed electronically with the Clerk of the United States

District Court for the Western District of New York using the CM/ECF system, who sent

notification of such filing to all CM/ECF participants on record and a true copy thereof was

served via e-mail on the following counsel as indicated below:

                        Mandie Forman, Esq.
                        Kenneth Fiorella, Esq.
                        Rubin Fiorella & Friedman LLP
                        292 Madison Ave .,11th Floor
                        New York, NY 10017
                        E-mail:  mforman@rubinfiorella.com
                        kfiorella@rubinfiorella.com

PDF created with pdfFactory trial version www.pdffactory.com

Patrick J. Lawless, Esq.
Wilson, Elser, Moskowitz, Edelman
 & Dicker, LLP
150 East 42nd Street
New York, New York  10017
E-mail:  Patrick.lawless@wilsonelser.com

Aaron F. Mandel, Esq.
Christopher Novak, Esq.
Sedgwick, Detert, Moran
 & Arnold LLP
125 Broad Street, 39th Floor
New York, NY 10004
E-mail:  christopher.novak@sdma.com
aaron.mandel@sdma.com

Dated:      Buffalo, New York
            November 7, 2011

                              **DAMON MOREY LLP**
                              By:   /s/ Thomas J. Drury
                              Thomas J. Drury, Esq.
                              *Attorneys Defendants,*
                              *American International Group, Inc.,*
                              *AIG Domestic Claims, Inc. and*
                              *National Union Fire Insurance Company of*
                              *   Pittsburgh, PA,*
                              The Avant Building; Ste. 1200
                              200 Delaware Avenue
                              Buffalo, New York  14202
                              Telephone:  (716) 856-5500
                              E-Mail:  tdrury@damonmorey.com

PDF created with pdfFactory trial version www.pdffactory.com