UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHAEL J. CARLSON, SR., Individually and as
Administrator of the Estate of CLAUDIA D'AGOSTINO
CARLSON and as Assignee of WILLIAM PORTER

                Plaintiff

vs.                                    **NOTICE OF MOTION**
                                        **Docket# 11-cv-874-RJA**

AMERICAN INTERNATIONAL GROUP., INC.
AIG DOMESTIC CLAIMS, INC.
AMERICAN ALTERNATIVE INSURANCE CO.
NATIONAL UNTION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA
DHL EXPRESS (USA), INC. f/k/a DHL WORLDWIDE
EXPRESS, INC.

                Defendants

---

| | |
|---|---|
| **MOTION MADE BY:** | Plaintiff, by and through his attorneys, BROWN CHIARI, LLP |
| **DATE, TIME, AND PLACE OF HEARING:** | Before the UNITED STATES DISTRICT COURT, 2 Niagara Square, Buffalo, New York 14202, on a date and time to be determined by the Court. |
| **TIME REQUESTED FOR ORAL ARGUMENT:** | 10 Minutes |
| **RELIEF DEMANDED:** | Order remanding this case for further proceedings to New York State Supreme Court, Niagara County. |
| **GROUNDS FOR RELIEF:** | Affidavit of Theresa M. Walsh, Esq., with attached Exhibits; Memorandum of Law; 28 U.S.C. §28 USC §1332; 28 USC §1441; 28 USC §1446; 28 USC §1447; Federal Rules of Civil Procedure |

Pursuant to Local Rule 7.1, Plaintiff intends to file and serve reply papers and as a result, any papers in opposition to this motion are required to be filed and served at least eight (8) business days prior to the return date of the motion.

DATED:   Lancaster, New York
         November 15, 2011

                                          S/Theresa M. Walsh
                                          Theresa M. Walsh, Esq. for
                                          BROWN CHIARI LLP
                                          **Attorneys for Plaintiff**
                                          5775 Broadway
                                          Lancaster, New York 14086-2360
                                          (716) 681-7190
                                          twalsh@brownchiari.com

TO:   Ann M. Campbell, Esq.
      BROWN & TARANTINO, LLC
      **Attorneys for Defendant**
      **AMERICAN ALTERNATIVE**
      **INSURANCE CO.**
      1500 Rand Building
      14 Lafayette Square
      Buffalo, New York  14203
      (716) 849-6500

      Kenneth S. Fiorella, Esq.
      Mandie R. Forman, Esq.
      RUBIN FIORELLA & FRIEDMAN, LLP
      **Attorneys for Defendant**
      **AMERICAN ALTERNATIVE**
      **INSURANCE CO.**
      292 Madison Avenue, 11th Floor
      New York, New York 10012
      (212) 953-2381

cc:   Christopher C. Novak, Esq.
      Aaron F. Mandel, Esq.
      SEDGWICK, LLP
      **Attorneys for Defendants**
      **AMERICAN INTERNATIONAL GROUP**
      **AIG DOMESTIC CLAIMS, INC.**
      **NATIONAL UNION FIRE INSURANCE**

**COMPANY OF PITTSBURGH, PA**
125 Broad Street, 39th Floor
New York, New York 10004
(212) 422-0201

Thomas J. Drury, Esq.
DAMON & MOREY, LLP
**Attorneys for Defendants**
**AMERICAN INTERNATIONAL GROUP**
**AIG DOMESTIC CLAIMS, INC.**
**NATIONAL UNION FIRE INSURANCE**
**COMPANY OF PITTSBURGH, PA**
200 Delaware, Avenue, Suite 1200
Buffalo, New York 14202
(716) 858-3845

Patrick J. Lawless, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
**Attorneys for Defendants**
**DHL EXPRESS (USA), INC. f/k/a**
**DHL WORLDWIDE EXPRESS, INC.**
150 East 42nd Street
New York, New York 10017
(212) 915-6091

Thomas M. Witz, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
**Attorneys for Defendants**
**DHL EXPRESS (USA), INC. f/k/a**
**DHL WORLDWIDE EXPRESS, INC.**
677 Broadway, 9th Floor
Albany, New York 12207
(518) 449-8893