UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHAEL J. CARLSON, SR., Individually
and as Administrator of the Estate of
CLAUDIA D'AGOSTINO CARLSON
and as Assignee of WILLIAM PORTER

               Plaintiff

vs.                               **CERTIFICATE OF SERVICE**
                                  **Docket #: 11-cv-874-RJA**

AMERICAN INTERNATIONAL GROUP., INC.
AIG DOMESTIC CLAIMS, INC.
AMERICAN ALTERNATIVE INSURANCE CO.
NATIONAL UNTION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA
DHL EXPRESS (USA), INC. f/k/a DHL WORLDWIDE
EXPRESS, INC.

               Defendants

---

      I hereby certify that on November 15, 2011, I electronically filed Plaintiff's Motion to Remand, Attorney's Affidavit in Support and Memorandum of Law in the above captioned matter with the Clerk of the District Court using its CM/ECF system which would then electronically notify the following CM/ECF participants in this case:  Ann M. Campbell, Esq.; Thomas J. Drury, Esq.; Patrick Lawless, Esq. and Thomas Witz, Esq.

DATED:  November 15, 2011
          Lancaster, New York

                                                     S/Theresa M. Walsh
                                           Theresa M. Walsh, Esq.
                                           BROWN CHIARI, LLP
                                           5775 Broadway
                                           Lancaster, New York  14086
                                           (716) 681-7190
                                           twalsh@brownchiari.com