UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL J. CARLSON, SR., Individually and as Administrator of the Estate of CLAUDIA D'AGOSTINO CARLSON, and as Assignee of WILLIAM PORTER,<br><br>　　　　　　　　Plaintiff,<br><br>　-against-<br><br>AMERICAN INTERNATIONAL GROUP, INC., AIG DOMESTIC CLAIMS, INC., AMERICAN ALTERNATIVE INSURANCE CO., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, DHL EXPRESS (USA), INC., f/k/a DHL WORLDWIDE EXPRESS, INC.,<br><br>　　　　　　　　Defendants. | CONSENT TO REMOVAL<br><br>Case No.: 11-CV-0874 |

　　　Defendants DHL Express (USA), Inc., f/k/a DHL Worldwide Express, Inc., hereby notifies this Court and the parties hereto of its consent to the Notice of Removal filed by co-defendant American Alternative Insurance, Co.

　　　Dated: New York, New York

　　　　　November 17, 2011

　　　　　　　　　　　　Yours, etc.

　　　　　　　WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

　　　　　　　　　　　By: /S/ Patrick J. Lawless
　　　　　　　　　　　　　Patrick J. Lawless
　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　DHL Express (USA), Inc., f/k/a DHL
　　　　　　　　　　　　　Worldwide Express, Inc.
　　　　　　　　　　　　　150 East 42nd Street
　　　　　　　　　　　　　New York, New York
　　　　　　　　　　　　　(212) 915-6091
　　　　　　　　　　　　　E-Mail: patrick.lawless@wilsonelser.com
　　　　　　　　　　　　　File No.07645.00239

4825239v.1

-2-

TO:    Theresa M. Walsh, Esq.
Brown Chiari LLP
Attorneys for the Plaintiff
5775 Broadway
Lancaster, New York 14086
(716) 681-7190

Christopher C. Novak
Aaron F. Mandel
Sedgwick LLP
Attorney for Defendants
American International Insurance Group, Inc., Chartis Claims (F/K/A AIG Domestic Claims), National Union Fire Insurance Company of Pittsburgh, PA
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone : (212) 422-0202
Facsimile : (212) 422-0925

Co-Counsel
Thomas J. Drury, Esq.
200 Delaware Avenue, Suite 1200
Buffalo, New York 14202-2150
(716)858-3845

Mandie R. Forman
Rubin, Fiorella & Friedman LLP
Attorneys for Defendant American Alternative Insurance, Co.
292 Madison Avenue
11th Floor & 15th Floor
New York, New York 10017
Co-Counsel
Ann Campbell, Esq,
Brown & Tarantino
Rand Building • 15th Floor
14 Lafayette Square • Buffalo, NY 14203
(716) 849-6500

4825239v.1