UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL J. CARLSON, SR., Individually and as Administrator of the Estate of CLAUDIA D'AGOSTINO CARLSON, and as Assignee of WILLIAM PORTER,<br><br>Plaintiff,<br><br>-against-<br><br>AMERICAN INTERNATIONAL GROUP, INC., AIG DOMESTIC CLAIMS, INC., AMERICAN ALTERNATIVE INSURANCE CO., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, DHL EXPRESS (USA), INC., f/k/a DHL WORLDWIDE EXPRESS, INC.,<br><br>Defendants. | Certificate of Filing and Service<br><br>Case No.: 11-CV-0874 |

Patrick J. Lawless certifies and affirms that on the 17 th day of November, 2011, the foregoing certificate was filed electronically with the Clerk of the United States Distrcit Court for the Western District of New York using the CM/ECF system, who sent the notification of such filing to all participants on record and a true copy thereof was served via e-mail on the following counsel as indicated below:

        Christopher C. Novak
        Aaron F. Mandel
        Sedgwick, LLP
        125 Broad Street
        39th Floor
        New York, NY 10004-2400
        christopher.novak@sedgwicklaw.com
        aaron.mandel@sedgwicklaw.com

-3-
4825239v.1

        Kenneth S. Fiorella
        Mandie R. Forman
        Rubin Fiorella & Friedman LLP
        292 Madison Avenue
        11th Floor
        New York, NY 10017
        E-mail: mforman@rubenfioerlla.com
        kfiorella@rubinfiorella.com

Dated:    Albany, New York
           November 17, 2011

                                Yours, etc.

                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                    By: /S/ Patrick J. Lawless
                        Patrick J. Lawless
                        Attorneys for Defendant
                        DHL Express (USA), Inc., f/k/a DHL
                        Worldwide Express, Inc.
                        150 East 42nd Street
                        New York, New York
                        (212) 915-6091
                        E-Mail: patrick.lawless@wilsonelser.com
                        File No.07645.00239

4825239v.1